IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER B. NOTTAGE, JR, and JENNIFER A. NOTTAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, A NEW YORK CORPORATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-21; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50,<br><br>Defendants. | CIVIL NO. _____<br><br>DECLARATION OF PATRICA J. MCHENRY |

### **DECLARATION OF PATRICIA J. MCHENRY**

I, PATRICIA J. MCHENRY, declare under penalty of law that the following is true and correct:

1. I am competent to make this declaration, and do so based upon personal knowledge, unless otherwise stated as upon information and belief.

2. I am an attorney at Cades Schutte, representing Defendants Bank of New York Mellon as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-21, Mortgage Pass-Through Certificates, Series 2006-21 ("*BONY*"); Countrywide Home Loans, Inc. ("*CHL*"); Bank of America, N.A. ("*BANA*"); and Mortgage Electronic Registration Systems, Inc. ("*MERS*") (collectively, "*Defendants*") in the above entitled action.

3. Defendants seek removal of this action.

4. Attached to the Notice of Removal as Exhibit 1 is a true and correct copy of the Complaint that was served on Defendants on or about June 26, 2012.

5. Upon information and belief, Exhibit 1 constitutes all process, pleadings, and orders that have been served on Defendants in this action to date.

6. Attached hereto as Exhibit 2 is a true and correct copy of the relevant section of the online National Bank List maintained by the Office of the Comptroller of the Currency, which reflects that BANA is headquartered in Charlotte, North Carolina.

DATED: Honolulu, HI, July 25, 2012.

_____
PATRICIA J. MCHENRY