CADES SCHUTTE
A Limited Liability Law Partnership

PATRICIA J. MCHENRY        4267-0
MITSUKO TAKAHASHI         9141-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:  pmchenry@cades.com
        mtakahashi@cades.com

Attorneys for Defendants Bank of New York
Mellon as Trustee for the Certificateholders
CWMBS, Inc., CHL Mortgage Pass-Through
Trust 2006-21, Mortgage Pass-Through
Certificates, Series 2006-21; Countrywide
Home Loans, Inc.; Bank of America, N.A.; and
Mortgage Electronic Registration Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER B. NOTTAGE, JR, and JENNIFER A. NOTTAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, A NEW YORK CORPORATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-21; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES | CIVIL NO. cv-12-00418-BMK<br><br>DEFENDANTS' **MOTION TO DISMISS** COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

ImanageDB:2160650.2

| |
|---|
| 1-50; and DOE GOVERNMENTAL UNITS 1-50,<br><br>           Defendants. |

## DEFENDANTS' MOTION TO DISMISS

Defendants The Bank of New York Mellon, as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Certificates, Series 2006-21 ("***BONY***"); Countrywide Home Loans, Inc. ("***CHL***"); Bank Of America, N.A. ("***BANA***"); and Mortgage Electronic Registration Systems, Inc. ("***MERS***") (collectively, "***Defendants***"), by and through their undersigned attorneys, respectfully move this Court for an order dismissing with prejudice the Complaint ("***Complaint***" or "***Compl.***") filed by Plaintiffs Peter B. Nottage, Jr. and Jennifer A. Nottage ("***Plaintiffs***") on May 25, 2012 for failure to state a claim upon which relief can be granted.

Although the allegations in the Complaint are vague and conclusory, the crux of the Complaint is that Defendants engaged in misconduct by denying Plaintiffs' request for a loan modification, assigning the original mortgagee's interest in the promissory note and the mortgage; and ultimately completing a nonjudicial foreclosure on the property. However, Plaintiffs do not state any claims upon which relief can be granted, as they are too vague, conclusory, and unsupported by factual allegations sufficient to state plausible claims for relief

under Federal Rules of Civil Procedure ("*FRCP*") Rules 8 and 9(b). Additionally, any effort to amend the Complaint to assert valid claims would be futile. Thus, the Complaint should be dismissed without leave to amend.

This motion is brought pursuant to FRCP Rules 9(b), 12(b)(6) and 12(e), Local Rules of the District Court for the District of Hawai'i ("*L.R.*") Rules 7.1, 7.5, 7.7, and 10.2, and is supported by the attached memorandum, declaration, and exhibits; files and pleadings in this case; and any evidence or arguments as may be presented at the hearing on this matter.

DATED: Honolulu, Hawaii, August 1, 2012.

CADES SCHUTTE LLP

/s/ Patricia J. McHenry
PATRICIA J. MCHENRY

Attorneys for Defendants Bank of New York Mellon as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-21, Mortgage Pass-Through Certificates, Series 2006-21; Countrywide Home Loans, Inc.; Bank of America, N.A.; and Mortgage Electronic Registration Systems, Inc.

ImanageDB:2160650.2