AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| PETER B. NOTTAGE, JR.; JENNIFER A. NOTTAGE<br><br>       Plaintiff(s),<br><br>       V.<br><br>THE BANK OF NEW YORK MELLON, a New York Corporation, as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Certificates, Series 2006-21; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ET AL.<br>       Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 12-00418 JMS-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 28, 2013<br><br>At 9 o'clock and 11 min a.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the 'Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Complaint" filed on October 25, 2012 and the "Order Granting Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint" filed on February 28, 2013.

|   |   |
|---|---|
| February 28, 2013 | SUE BEITIA |
| Date | Clerk |
|   | /s/ Sue Beitia by EA |
|   | (By) Deputy Clerk |