| | |
|---|---|
| GARY VICTOR DUBIN | 3181 |
| FREDERICK J. ARENSMEYER | 8471 |
| KATHERINE HOLSTEAD | 9473 |

Dubin Law Offices
Suite 3100, Harbor Court
55 Merchant Street
Honolulu, Hawaii 96813
Telephone: (808) 537-2300
Facsimile: (808) 523-7733
Email: gdubin@dubinlaw.net
Email: farensmeyer@dubinlaw.net
Email: kholstead@dubinlaw.net

*Attorneys for Plaintiffs*
*Peter B. Nottage Jr. and*
*Jennifer A. Nottage*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER B. NOTTAGE JR, and JENNIFER A. NOTTAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON A NEW YORK CORPORATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-21; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTENERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE | CIVIL NO. cv-12-00418-BMK<br><br>PLAINTIFFS PETER B. NOTTAGE JR. AND JENNIFER A. NOTTAGE'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; CERTIFICATE OF SERVICE<br><br><br>(Captioned Continued on Next Page) |

GOVERNMENTAL UNITS 1-50,

          Defendants.

## PLAINTIFFS PETER B. NOTTAGE JR. AND JENNIFER A. NOTTAGE'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Notice is hereby given that Plaintiffs Peter B. Nottage Jr. and Jennifer A. Nottage hereby appeal to the United States Court of Appeals for the Ninth Circuit from the:

(1) Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Complaint, Signed by Judge J. Michael Seabright on 10/25/12, filed 10/25/12 (Document No. 16).

(2) Order Granting Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Signed by Judge J. Michael Seabright on 2/28/13, filed on 2/28/13 (Document No. 22); and

(3) Clerk's Judgment entered on 2/28/13 pursuant to Order Granting Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, filed on 2/28/13 (Document No. 23).

DATED: Honolulu, Hawaii; March 29, 2013

                              **/s/ Frederick J. Arensmeyer**
                              _____
                              GARY VICTOR DUBIN
                              FREDERICK J. ARENSMEYER
                              KATHERINE HOLSTEAD
                              *Attorneys for Plaintiffs*
                              *Peter B. Nottage Jr. and*
                              *Jennifer A. Nottage*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER B. NOTTAGE JR, and JENNIFER A. NOTTAGE,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON A NEW YORK CORPORATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-21; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTENERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50,<br><br>    Defendants. | CIVIL NO. cv-12-00418-BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mitsuko Takahashi				March 29, 2013
Patricia McHenry, Esq.
CADES SCHUTTE
*Via email*: mtakahashi@cades.com
*Via email*: pmchenry@cades.com

*Attorneys for Defendants*

DATED: Honolulu, Hawaii: March 29, 2013.

                                    **/s/ Frederick J. Arensmeyer**
                                    _____
                                    GARY VICTOR DUBIN
                                    FREDERICK J. ARENSMEYER
                                    KATHERINE HOLSTEAD
                                    *Attorneys for Plaintiffs*
                                    *Peter B. Nottage Jr. and*
                                    *Jennifer A. Nottage*