FILED

MAR 6 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER B. NOTTAGE, Jr. And JENNIFER A. NOTTAGE,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>THE BANK OF NEW YORK MELLON, a New York Corporation, as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-21, Mortgage Pass-Through Certificates, Series 2006-21; et al.,<br><br>        Defendants - Appellees. | No. 13-15603<br><br>Honolulu No. 1:12-cv-00418-JMS-BMK<br>District of Hawaii<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation